RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT
CALIFORNIA
2008 MAY 15 A 11:13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

Humberto Gonzalez-Hernandez

Defendant(s)

CRIMINAL NO. 08mj1422-POR

ORDER

RELEASING MATERIAL WITNESS

Booking No.

LOUISA S. PORTER

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jesus Rodriguez-Monguia

DATED: 5/15/2008

LOUISA S. PORTER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature]
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082