**PLEASE RECEIPT AND RETURN**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08mj 1422 |
| vs. | ORDER |
| Humberto Gonzalez-Hernandez | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. |

2008 MAY 30 PM 1:

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Juan Gonzalez-Valdez

DATED: 5/30/08

Louisa S. Porter

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________ **DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** ____________ **Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082